RICHARD D. WILLIAMSON, ESQ. (NV Bar 9932)
ANTHONY G. ARGER, ESQ. (NV Bar 13660)
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.: (775) 329-5600
Facsimile No.: (775) 348-8300
rich@nvlawyers.com
anthony@nvlawyers.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DARIN MERLE BLOYED,<br><br>    Plaintiff/Counter-Defendant,<br><br>vs.<br><br>KS&P BUSINESSES, INC., a California corporation; and DOES I through X,<br><br>    Defendants/Counterclaimant. | Case No. 3:19-cv-00428-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff/Counter-Defendant DARIN MERLE BLOYED and Defendant/Counterclaimant KS&P BUSINESSES, INC., by and through their respective counsel, that the above-entitled action and all claims asserted therein may be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED this 19th day of March, 2020.

STEPHENS & EDWARDS, LLP
7655 Town Square Way, Suite 220
Reno, Nevada 89523

By: */s/ Wallace D. Stephens*
    Wallace D. Stephens, Esq.
    Attorneys for Plaintiff

DATED this 19th day of March, 2020.

ROBERTSON, JOHNSON,
MILLER & WILLIAMSON
50 West Liberty Street, Suite 600
Reno, Nevada 89501

By: */s/ Richard D. Williamson*
    Richard D. Williamson, Esq.
    Attorneys for Defendant

## **ORDER**

IT IS SO ORDERED.

Dated: this _23rd_ day of March, 2020.

_____
U.S. District Court Judge

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE
PAGE 1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Local Rule 5-4, I hereby certify that I am an employee of Robertson, Johnson, Miller & Williamson, over the age of eighteen, and not a party to the within action. I further certify that on the 19th day of March, 2020, I electronically filed this **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** and thus, pursuant to LR 5-4 and LR IC 4-1 caused same to be served by electronic mail on the following Filing Users:

    Wallace D. Stephens, Esq.
    Stephens & Edwards
    7655 Town Square Way, Suite 220
    Reno, NV 89523
    wdstephens@skelaw-nv.com

                                        */s/ Stefanie E. Smith*
                                  An Employee of Robertson, Johnson, Miller & Williamson

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE
PAGE 2